UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-

KRISTIE (FORMERLY BENJAMIN) NAVARRO,

Defendant.

------------------------------------x

ORDER

21 Crim. 279-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties in the above-captioned matter shall appear before the Court on November 17, 2022 at 10:00 AM.

Dated: New York, New York
       November 3, 2022

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE